**UNITED STATES** *versus* ONE HUNDRED AND TWELVE BARRELS FLOUR, CLAIMED BY HENRY HOWARD AND RALPH WADHAMS.

202

JOURNAL ENTRIES: (1) Oct. 3, 1828: libel filed, time fixed for trial, notice ordered published; (2) Dec. 2, 1828: publication proved, proclamation made; (3) Dec. 6, 1828: claimants allowed to prosecute claims, rule to plead or answer; (4) Dec. 8, 1828: motion for continuance granted; (5) May 5, 1829: motion for continuance granted; (6) Dec. 8, 1829: jury trial; (7) Dec. 9, 1829: disagreement of jury reported, jury discharged, attendance of witness proved; (8) May 6, 1830: motion for continuance granted; (9) Dec. 8, 1830: jury trial, disagreement reported, jury discharged, attendance of witness proved; (10) Jan. 9, 1832: by consent fifteen barrels adjudged forfeited, reasonable cause for seizure of ninety-seven barrels certified.

PAPERS IN FILE (1828–32): (1) Libel; (2) subpoena; (3) proof of posting notice; (4) published notice and proof of publication; (5) printer's bill; (6) claim; (7) precipe for subpoena; (8) subpoena; (9) motion for admission as claimant; (10) affidavit of William A. Fletcher re failure to file claim; (11) subpoena; (12) claimant's bond for costs; (13) affidavit for continuance; (14) plea to libel; (15) subpoena; (16) affidavit for continuance; (17–20) subpoenas; (21) precipe for subpoena; (22) subpoena; (23) affidavit of Jean Baptiste Vallée; (24–27) subpoenas; (28) stipulation for judgment, etc.

*File No.* 24 of 1828.